

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KRISTY FLANNIGAN, an individual;

      Plaintiff,

vs.

TESLA, INC., a Delaware corporation;  and DOES 1 through 50, inclusive,

          Defendants.

Case No.: CV 23-4801 DMG (BFMx)

**ORDER RE STIPULATION OF DISMISSAL [FRCP 41(a)] [17]**

1

**ORDER RE STIPULATION OF DISMISSAL [FRCP 41(a)]**

Pursuant to the parties' Stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action is hereby dismissed with prejudice as to all claims, causes of action, and parties, with the parties bearing their own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED:  June 29, 2026

_____
DOLLY M. GEE
Chief United States District Judge

2

**ORDER RE STIPULATION OF DISMISSAL [FRCP 41(a)]**